Case 2:20-cv-00137-JAD-VCF   Document 8   Filed 09/07/21   Page 1 of 2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| GEORGE LEE MARSHALL, | Case No. 2:20-cv-00137-JAD-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LT. MAXFIELD, et al., | |
| Defendants. | |

**I.    DISCUSSION**

Plaintiff's address on file with the Court indicates that he is in the custody of the Oregon Department of Corrections.  (*See* ECF No. 7 at 1.)  However, the Oregon Department of Corrections' records appear to indicate that nobody with Plaintiff's name or prison number is currently in custody.  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

Accordingly, within thirty (30) days from the date of entry of this order, Plaintiff will either file confirmation with the Court that address on file for him is correct, or he will file an updated address with this Court.  If Plaintiff fails to either confirm that the address on file for him is correct, or file an updated address, within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will file a confirmation of his current address or else file his updated address with the Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 7th day of September 2021.

_____
UNITED STATES MAGISTRATE JUDGE